UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Curtis Al'Shahid,

    Plaintiff,

v.                                  Case No. 2:18–cv–033

Gary C. Mohr, et al.,              Judge Michael H. Watson

    Defendant.                      Magistrate Judge Deavers

## OPINION AND ORDER

On June 21, 2019, United States Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that the Court grant in part and deny in part Defendants' Motion to Dismiss, ECF No. 16. R&R, ECF No. 24. The R&R notified the parties of their right to file objections pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 14–15. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Defendants' Motion to Dismiss is **GRANTED** with respect to any compensatory claims Plaintiff seeks against Defendants in their official capacity and **DENIED** with respect to *habeas corpus*, failure to state a claim under § 1983, and standing. The clerk is **DIRECTED** to terminate ECF No. 24.

**IT IS SO ORDERED.**

                                                /s/ Michael H. Watson
                                               **MICHAEL H. WATSON, JUDGE**
                                               **UNITED STATES DISTRICT COURT**