# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Curtis Al'Shahid,

    Plaintiff,

v.

Stuart Hudson, *et al.*,

    Defendants.

Case No. 2:18–cv–33

Judge Michael H. Watson

Chief Magistrate Judge Deavers

## OPINION AND ORDER

On January 29, 2020, Chief Magistrate Judge Deavers issued an Order and Report and Recommendation ("R&R") denying Plaintiff's motion to strike, denying Plaintiff's motion for leave to file an amended complaint, and recommending that Plaintiff's motion for summary judgment be denied. R&R, ECF No. 50.

Chief Magistrate Judge Deavers notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 13. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.*

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**. Plaintiff's motion for summary judgment, ECF No. 27, is **DENIED** in accordance with the R&R.

**IT IS SO ORDERED.**

                                        */s/ Michael H. Watson*
                                        MICHAEL H. WATSON, JUDGE
                                        UNITED STATES DISTRICT COURT